# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MEAGHAN ELLIS, INDIVIDUALLY
AND AS OWNER OF DAGNEY
MEMORIALS, LLC

VERSUS

B.J. GINN FUNERAL &
CREMATION SERVICES, LLC,
BOBBY JOE GINN, AND WARREN
BANKS

NO.  2025 CW 0858

**AUGUST 28, 2025**

---

In Re:    Meaghan Ellis, individually and as owner of Dagney
          Memorials, LLC, applying for supervisory writs, 21st
          Judicial District Court, Parish of Livingston, No.
          188916.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**STAY DENIED; WRIT DENIED.**

**WIL
EW
CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT